**SEALED**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 18CR 10262 |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| CHAD BENJAMIN, a/k/a "Life", | ) | **Count One**: 21 U.S.C. §§ 841(a)(1) and |
| | ) | (b)(1)(B)(iii) |
| Defendant. | ) | Distribution of 28 Grams or More |
| | ) | of Cocaine Base |
| | ) | |
| | ) | **Drug Forfeiture** |
| | ) | 21 U.S.C. § 853 |
| | ) | |

## INDICTMENT

**COUNT ONE:**      21 U.S.C. § 841(a)(1) – Distribution of 28 Grams or More of Cocaine
Base

The Grand Jury charges that:

On or about June 28, 2018, in Brockton and elsewhere in the District of Massachusetts,

**CHAD BENJAMIN, a/k/a "Life",**

defendant herein, did knowingly and intentionally distribute 28 grams or more of a mixture and

substance containing a detectable amount of cocaine base, also known as crack cocaine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

## DRUG FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

1.      Upon conviction of the offense in violation of Title 21, United States Code, Section 841(a), set forth in Count One of this Indictment,

**CHAD BENJAMIN, a/k/a "Life",**

defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2.      If any of the property described above as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

_____
Foreperson of the Grand Jury

_____
Nicholas Soivilien
Assistant United States Attorney
For the District of Massachusetts

District of Massachusetts
August 15, 2018

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk