

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 18CR10262 |
| v. | Violation: |
| CHAD BENJAMIN, a/k/a "Life", | **Count One**: 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) |
| Defendant. | Distribution of 28 Grams or More of Cocaine Base |
| | **Drug Forfeiture** 21 U.S.C. § 853 |

INFORMATION

Pursuant to Title 21, United States Code, Section 851, the United States files this Information giving notice that at the sentencing of defendant CHAD BENJAMIN, a/k/a "Life," the United States will seek increased punishment by reason of one of the following criminal convictions:

Jurisdiction: Brockton District Court
Docket No.: 9515CR010791B
Offense: Distributing/Dispensing Class B
Date: February 6, 1996

Jurisdiction: Taunton District Court
Docket No.: 0831CR004424A
Offense: Possession Distribute Class B
Date: April 22, 2009

Jurisdiction: Bristol Superior Court
Docket No.: BRCR1000889A
Offense: Possession with intent to Distribute Class A
Date: May 16, 2012

Jurisdiction: Plymouth Superior Court
Docket No.: 1583CR005456D
Offense: Possession with Intent to Distribute Class B
Date: January 25, 2017

                          Respectfully submitted,

                          ANDREW E. LELLING
                          United States Attorney

              By:    /s/ Nicholas Soivilien
                          Nicholas Soivilien
                          Assistant U.S. Attorney

Dated:  August 15, 2018